USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/12/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENT YIP, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-Against-<br><br>CONCORDIA INTERNATIONAL CORP., et al.,<br><br>Defendants. | **ORDER**<br><br>16-CV-6467 (RMB) |

Class Counsel filed a letter on October 16, 2019 informing the Court that the Claims Administrator "transmitted to all Authorized Claimants by check or wire transfer their *pro rata* shares of the Net Settlement Fund" on October 11, 2019, and "distributed fees and expenses to Settlement Class Counsel as this Court awarded them" on October 15, 2019, as well as the Claims Administrators' fees and expenses, in accordance with the Court's direction to file "a written update as to the status of payments fifty-five (55) days from the date of entry of" the September 10, 2019 order approving the settlement.

The Court directs the Clerk of the Court to close this case and the consolidated member case 16-CV-6749.

Dated: New York, New York
February 12, 2020

RMB

RICHARD M. BERMAN, U.S.D.J.